UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RICHARD MATHEW ALIULIS,<br><br>   Defendant. | NO. **CR-09-151-LRS**<br><br>**ORDER GRANTING<br>MOTION TO WITHDRAW<br>PLEA** |

For the reasons provided on the record during the February 9, 2011 hearing, Defendant's Motion To Withdraw Plea Of Guilty (Ct. Rec. 74) is **GRANTED** and Defendant's guilty plea entered on April 13, 2010 pursuant to a Plea Agreement (Ct. Rec. 53) is **WITHDRAWN**.

Jury trial will commence on **April 19, 2011 at 9:00 a.m. in Yakima**.[1] Trial briefs, requested voir dire, and <u>joint</u> proposed jury instructions shall be filed and served **NO LATER THAN April 12, 2011**. <u>Joint</u> jury instructions should only address issues that are unique to this case, and shall include instructions regarding the elements of each claim or defense, and a proposed verdict form.

Pre-trial conference will be held on **April 6, 2011 at 11:00 a.m. in Yakima**. Any pre-trial motions shall be served and filed no later than **March 21, 2011**. Responses are due no later than **March 28, 2011**. Replies

---

[1] Pursuant to 18 U.S.C. Section 3161(i), the Defendant's withdrawal of his guilty plea results in the commencement of another 70 day period in which his trial must commence.

**ORDER GRANTING
MOTION TO WITHDRAW PLEA-        1**

are due no later than **April 1, 2011**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to all counsel, the U.S. Probation Office, the U.S. Marshal, and the Jury Administrator.

**DATED** this __11th__ day of February, 2011.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Court Judge

**ORDER GRANTING**
**MOTION TO WITHDRAW PLEA-**      2