AO 245A  (Rev. 12/03) Judgment of Acquittal

FILED IN THE
U.S DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 4 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT OF ACQUITTAL** |
| V. | |
| RICHARD MATTHEW ALIULIS | CASE NUMBER: CR-09-00151-LRS-1 |

 

    The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

 

_____
Signature of Judge

| Lonny R. Suko | United States District Court Judge |
|---|---|
| Name of Judge | Title of Judge |
| 5/24/11 | |
| Date | |